**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00075-CMA-MJW

JESSE ORCUTT,

      Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice Of Dismissal With Prejudice (Doc. # 6), it is hereby

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

      DATED:  March __14__, 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge